UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:25-CR-69-TAV-DCP |
| | ) | |
| MICHAEL SPITZE, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Michael Spitze's Motion to Continue Trial and Enlarge Relevant Deadlines [Doc. 15], filed on September 11, 2025.

Defendant requests the Court to continue the trial date, scheduled for October 14, 2025, and enlarge all relevant deadlines scheduled in the case [*Id.*]. In support of his motion, defense counsel notes he was appointed to the case on August 5, 2025, and needs additional time for investigation [*Id.*]. Defense counsel also reports the parties have begun to explore the possibility of a resolution in this case, but will not be able to do so before the plea deadline and the scheduled trial date [*Id.*]. Finally, defense counsel still needs to engage in remaining discussions with Defendant regarding discovery materials, the defense theory, and trial preparation [*Id.* ¶ 2]. Defendant understands that the period of time between the filing of this motion for continuance and a rescheduled trial date shall be fully excludable for speedy trial purposes [*Id.* ¶ 3]. The Government does not oppose the request for a continuance [*Id.* ¶ 6].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance

outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defense counsel needs more time to time to review, discuss, and evaluate discovery with Defendant, and otherwise prepare for trial. The Court finds that all of this cannot occur before the October 14, 2025 trial date.

The Court therefore **GRANTS** Defendant Michael Spitze's Motion to Continue Trial and Enlarge Relevant Deadlines [**Doc. 15**]. The trial of this case is reset to **January 13, 2026**. A new, comprehensive trial schedule is included below. Because the Court finds that the ends of justice are served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motion on September 11, 2025, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Michael Spitze's Motion to Continue Trial and Enlarge Relevant Deadlines [**Doc. 15**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **January 13, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **September 11, 2025**, and the new trial date of **January 13, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **December 16, 2025**;

(5) the deadline for filing motions *in limine* is **December 29, 2025**. Responses to motions *in limine* are due on or before **January 6, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **December 30, 2025, at 11:00 a.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **January 2, 2026.**

**IT IS SO ORDERED.**

ENTER:

_____
Debra C. Poplin
United States Magistrate Judge

3

Case 3:25-cr-00069-TAV-DCP   Document 16   Filed 09/19/25   Page 3 of 3   PageID #: 60