# Exhibit A
# Reference Letters

Robert R. & Wilhelmine T. Spitze
906 Willowleaf Way
Rockville, Maryland 20854

May 2, 2026

The Honorable Thomas Varlan
U.S. District Court
800 Market Street, Suite143
Knoxville, TN 37902

RE: United States v. Michael William Spitze
    3:25-CR-69

Dear Honorable Judge Varlan,

We Robert(M89yo)and Wilhelmine(F87yo) the natural parents of Michael Spitze are writing to you with information about Michael for the upcoming sentencing  hearing and we pray this information will be helpful  to you in the sentencing process.

I Robert, am a retired U.S. Marine, retired aerospace employee and a retired State of Maryland government employee and Wilhelmine is my spouse of 65+ years.  We have resided at the above address since August 8, 1986.

On the morning of July 25 2025 at approximately 6am we were ordered out of our house barefoot and in pajamas by a large armed and armored Federal Task Force which arrested our son Michael.  We realized that something very serious had been done.  We since have learned that Michael has pled guilty to the charges which precipitated the Federal Task Force arrest. We were devastated to learn of his actions that caused the arrest.

We have always been a close family due to the constant moves that military life and later civilian employment cause.  Michael lived with us at the above address until December 1993 when he married and relocated to Orlando Florida with his new bride.  We visited them frequently and especially after the birth of their two sons.  After Michael's divorce from his wife of 25 years in he relocated to come live with us once again in 2018.  In 2019 he was employed in St. Mary County Maryland by a small tech company and we often visited him or he came home for a weekend.  During the time of COVID his job was lost and he eventually came to live with us once again in 2022.

Michael has always been the one person who had empathy for the elderly, afflicted or lonely and went out of his way to comfort and if possible help them.  In January 2024 his ex-wife, who he never stopped loving died tragically, he was devastated as he had been planning to get back together with her and bring her and the youngest son Kyle to live in Maryland.  That event was quickly followed by the arrest of said son Kyle.  We believe that Michael did the crime for which he is being sentenced as a futile, well intentioned but unfortunately criminal.  We know that Michael has a good heart and we have been in frequent contact via text and telephone calls

these past nine months and have seen evidence of his remorse for his actions. We believe that when he is released to civil life and we are still alive that he could live with us and get employment and reestablish a honest and stable life assisting us and getting to know his new granddaughter Avery Catherine Spitze born April 27,2026. Also in the immediate area Michael's sister Johanna Ambrogi and brother-in-law reside and can also provide emotional and moral support for his return to civil life.

Thank you for your consideration.

Sincerely yours,

Robert R. Spitze    Wilhelmine T. Spitze

Joseph Ambrogi, Esq.
10 Standard Court
Gaithersburg, Maryland 20877

May 4, 2026

The Honorable Thomas Varlan
United States District Court
800 Market Street, Suite 143
Knoxville, TN 37902

RE: **United States v. Michael William Spitze**
**3:25-CR-69**

Dear Judge Varlan:

My name is Joseph Ambrogi, and I am a practicing attorney in Washington, D.C. I am writing this letter as a character reference for Michael William Spitze ("Mike"), whom I have known both as a friend and as my brother-in-law for the past 30 years. As Mike faces a court proceeding in which he plead guilty related to witness tampering, I feel it is important to share my insights into his character, drawn from our many years of close interaction. I understand the seriousness of this offense, and it was deeply disappointing to learn of this, as it is completely out of character with the person I have known.

Mike understands the seriousness of interfering with the judicial process and feels genuine remorse for his actions and their impact. He has shown himself to be caring and responsible; for example, he helped my wife and me during my heart surgery and recovery. Mike remained with my wife during my surgery and ensured my residence was prepared for my return. He visited my home several times daily to let my dog outside, manage the mail, take out the trash, and provide company when I was tired. His consistent support allowed me to concentrate fully on my recovery. Mike made an incredibly difficult time manageable.

Mike is a devoted father to his two sons and cared daily for his parents and their home while living with them. I have witnessed him preparing meals, cooking cleaning, driving to appointments, shopping, and managing medical schedules for his mother and father who will be 88 and 90 respectively. Last winter was especially hard for them and my wife, who supports them while working full-time.

I believe this incident was out of character, and I am confident that Mike has learned from it and will act responsibly moving forward. His conduct and character are actually exemplary, deserving your consideration. Please contact me if you need further information.

Sincerely,

Joseph Ambrogi
301-519-7247
maryland.ambrogi@gmail.com

Johanna T. Ambrogi
10 Standard Ct
Gaithersburg, MD 20877
301-717-0711
johanna_ambrogi@yahoo.com

May 5, 2026

The Honorable Thomas Varlan
United States District Court, Eastern District of Tennessee
800 Market St, Ste 143
Knoxville, TN 37902

RE: United States v. Michael William Spitze – 3:25-CR-69

Dear Judge Varlan:

I am writing as the older sister of the defendant, Michael ("Mike") Spitze. I have worked as a paralegal for over 30 years, and I understand the gravity of the charges to which my brother has pled guilty. I hope that my 60 years of knowing Mike can offer the Court insight into his character and the background that shaped his life.

Mike's early years were defined by the instabilities common to "military brats." Our father served a 24-year career as a U.S. Marine, including four tours in Vietnam. Consequently, Mike grew up in a household with a frequently absent father and constant relocation—moving from Hawaii to California, France, Missouri, and eventually Colorado. Research on military families often highlights how frequent moves and parental absence during critical developmental stages can lead to social isolation and academic detachment.

Mike felt these effects deeply. As a highly intelligent but undiagnosed individual likely struggling with ADHD, he found it difficult to adapt to new environments where social groups were already tight-knit. This lack of early stability and "in-person" fatherly guidance likely contributed to his later struggles as a parent. I believe his recent actions were a misguided, knee-jerk reaction to a family crisis—a desperate attempt to provide the protection for his son that he felt was missing in his own youth.

Despite these challenges, Mike is a compassionate and fiercely loyal person. He has a remarkable capacity for putting his own issues aside to help others, especially animals and the elderly. For example, when my husband underwent major heart surgery last year, Mike was at our home daily to help us; he even stepped in to fearlessly protect our property when I was scared and vulnerable.

Currently, his presence is sorely missed by our parents, ages 87 and 89, who rely on him for daily support. We have a solid plan to support Mike upon his release, including a stable residence and familial assistance to ensure his successful reintegration.

Thank you for your time and for considering this context in your sentencing decision.

Respectfully,

Johanna T. Ambrogi

May 2, 2026

Angela P. Visas
18304 Streamside Drive, #304
Gaithersburg, MD 20879

Dear Honorable Judge,

I am writing to offer my perspective on the character of Michael Spitze, whom I have known for approximately 10 years as a friend and coworker.

During the time I have known Mike, I have come to know him as a person who is intelligent, kind, and compassionate. I first met Mike when we were working together on a special project at the law firm of West & Feinberg. Mike was instrumental in streamlining this project to make it more efficient. While working with Mike, I got to know about his family. He often spoke of his sons and how much he loved and cared about them.

I am aware of the circumstances surrounding Mike's incarceration. While I do not excuse this behavior, I believe it does not fully represent who he is as a person. I believe his good qualities outweigh the bad decision he has made in trying to help his son. I believe he is truly remorseful for his actions.

Michael Spitze has close family ties in the community. He helps to care for his elderly parents. He is also willing to lend a hand to his sister and her husband whenever they need his expertise. He was also a source of support for me during a very rough time in my life reminding me that there is always a light at the end of a dark tunnel.

I respectfully ask the Court to consider these aspects of Michael Spitze's character when determining a fair sentence. I believe he has learned from this experience and will contribute positively to society in the future.

Thank you for your time and consideration.

Respectfully,

Angela P. Visas
240-936-1245